| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ALFREDO STRAIN,　§
　　　　　　　　　　　§
　　　　Petitioner,　　§
　　　　　　　　　　　§
versus　　　　　　　　§　CIVIL ACTION NO. 1:25-CV-606
　　　　　　　　　　　§
WARDEN-USP BEAUMONT,　§
　　　　　　　　　　　§
　　　　Respondent.　　§

## ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Alfredo Strain, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the petition be dismissed. To date, the parties have not filed objections to the Report and Recommendation.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law set forth in the Report are correct.

Accordingly, the Report and Recommendation (#3) is **ADOPTED**. A final judgment will be entered dismissing the petition.

SIGNED at Beaumont, Texas, this 30th day of January, 2026.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE